JOHN A. MOODY, Respondent, *v.* ROBERT T. ANDREWS et al., Appellants.

(Argued February 17, 1876; decided February 25, 1876.)

*Samuel Hand* for the appellants.

*James W. Monk* for the respondent.

Agree to affirm. No opinion.
All concur.
Judgment affirmed.

---

· JOHN S. PROUTY, Respondent, *v.* THE LAKE SHORE AND MICHIGAN SOUTHERN RAILWAY COMPANY, impleaded, etc., Appellant.

(Argued February 22, 1876; decided February 25, 1876.)

*James Matthews* for the appellant.

*Lucien Birdseye* for the respondent.

Agree to dismiss appeal. No opinion.
All concur ; ANDREWS, J., not sitting.
Appeal dismissed.

---

SAMUEL H. MILLER, Appellant, *v.* JAMES BROWN, Respondent.

(Submitted February 22, 1876; decided February 25, 1876.) ·

*George Miller* for the appellant.

*Strong & Spear* for the respondent.

Agree to dismiss appeal. No opinion.
All concur, except MILLER, J., taking no part.
Appeal dismissed.